### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

DENNIS W. ROZUMEK,

        Plaintiff,

    v.

AIR & LIQUID SYSTEMS, INC., et al.,

        Defendants.

Case No. 15-cv-441-SMY-SCW

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that plaintiffs' entire complaint against Owens-Illinois, Inc. be dismissed on the merits and without prejudice, with each party to bear its own costs, and that an order to this effect be entered without further notice.

Respectfully submitted,


/s/ Erica Mynarich
(agreed on April 17, 2015)
Ben A. Vinson, Jr.
Vinson Law
4230 S. MacDill Ave. Ste. 201
Tampa, FL  33611
(813) 839-5708
(813) 831-5043 (facsimile)

Erica Mynarich
Carver, Cantin & Grantham
901 E. St. Louis, Ste. 1600
Springfield, MO 65806
(417) 831-6363
(417) 831-7373 (facsimile)

*Attorneys for Plaintiff*


/s/ Brian O. Watson
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (facsimile)

*Attorneys for Defendant*
*Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies on May 8, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

12997-9560
CH2\16587597.1